IN THE CIRCUIT COURT OF THE FIFTH
JUDUCIAL CIRCUIT IN AND FOR MARION
COUNTY, FLORIDA

CASE NO:

LYNETTA PINER,

    Plaintiff,

vs.

DOLGENCORP, LLC,

    Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, LYNETTA PINER, and sues Defendant, DOLGENCORP, LLC, and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Marion County, Florida.

3. At all times material to this action, DOLGENCORP, LLC is a Florida corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 198 Marion Oaks Blvd. Ocala, FL, said business being that of a general store, open to the general public, including the Plaintiff herein.

5. On or about May 27, 2015, Plaintiff visited Defendant's premises located at the above address to shop

1

6. At said time and place, Plaintiff was a guest at the general store, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for her safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the cleanliness of the flooring, thus creating a hazardous condition to members of the public utilizing said flooring, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the flooring, as specified above, to ascertain whether the hanger on the floor constituted a hazard to pedestrians utilizing said flooring, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the flooring, when Defendant knew or through the exercise of reasonable care should have known that said flooring was unreasonably dangerous and that Plaintiff was unaware of same; and

   d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the flooring on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

2

8. As a result, while Plaintiff was visiting Defendant's business, she tripped and fell on a hanger that was in the walkway, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, LYNETTA PINER, sues the Defendant, DOLGENCORP, LLC., for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 31st day of October, 2016

/s/ Michael J. Smith
MICHAEL J. SMITH, ESQUIRE
FBN: 0105368
Morgan & Morgan, P.A.
14229 US 441
Tavares, FL 32778
Phone: (352) 253-2700
Direct Facsimile: (352) 253-2701
Primary email: MSmith@forthepeople.com
Secondary email: MPaquette@forthepeople.com
ECannon@forthepeople.com
Attorneys for Plaintiff