UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO: 5:17-cv-34-Oc-30PRL

LYNETTA PINER,

    Plaintiff,

vs.

DOLGENCORP, LLC,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EQUITABLE DISTRIBUTION

COMES NOW the Plaintiff, **LYNETTA PINER,** by and through her undersigned counsel, and files this Motion for Equitable Distribution and as grounds for said motion states:

1. This is an action for injuries arising out of an incident that occurred on May 27, 2015 in Marion County, Florida.

2. Plaintiff filed a claim against Defendant, DOLGENCORP, LLC.

3. The injuries sustained in the subject incident necessitated medical treatment. The Plaintiff's past medical bills exceed $85,487.83. See the attached medical bill summary marked as **Exhibit "A."**

4. Plaintiff entered into a settlement agreement with the Defendant for an amount far less than the value of Plaintiff's claim.

5. Plaintiff's claim settled for $30,000.00.

6. After payment of the contractually stated amount of attorney's fees ($12,000.00) and procurement costs ($2,630.50), Plaintiff's share of the proceeds of the settlement is $15,369.50. Despite reasonable efforts, Plaintiff has been unable to

reach an agreement with several of Plaintiff's medical providers outlined and identified in the Certificate of Service to an equitable satisfaction.

7. Plaintiff has negotiated some of the outstanding medical bills and has agreed to pay the following providers:

| Provider | Original Balance | Amount to be Paid |
|---|---|---|
| Equian | $862.99 | $862.99 |
| Back to Health | $5,690.00 | $626.00 |

8. Plaintiff seeks judicial determination as to the remaining settlement funds and payment of the outstanding medical bills/liens from:

American Horizon Financial; DOC's; Munroe Regional Medical Center and Kent Clinic.

WHEREFORE, Plaintiff, **LYNETTA PINER,** moves this Honorable Court for an Order granting its Motion for Equitable Distribution of remaining settlement funds, and any other relief this Court deems equitable, proper, and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __March 6, 2018__, I electronically filed the foregoing with the Clerk of the Courts by using the Florida Courts e-Filing Portal. I further certify that Pursuant to Rule 2.516(b)(1) I forwarded the foregoing this same day via: ☐ Email, ☐ U.S. Mail – postage paid, ☐ facsimile transmission, to: Russell Bergin, Esquire, 698 W. Highway 50, Clermont, FL 34711; russ@berginlaw.com; jhornyak@berginlaw.com; and by U.S. and Certified Mail to:

**Certified Mail**
American Horizon Financial
5491 University Dr., Ste. 202-B
Coral Springs, FL 33067

**Certified Mail**
The Kent Clinic
2116 S. Orange Ave., Ste. B
Orlando, FL 32806

**Certified Mail**
Munroe Regional Medical Center
1500 SW 1st Avenue
Ocala, fL 34474

**Certified Mail**
DOC's of Ocala
1030 SE 17th St.
Ocala, FL 34471

**Certified Mail**
Back to Health Chiropractic
1400 SE Magnolia Extension
Ocala, FL 34471

**Certified Mail**
Equian
PO Box 771932
Detroit, MI 48277-1932

**Certified Mail**
Lynetta Piner
PO Box 1168
Belleview, FL 34421

/s/ Michael J. Smith
FBN: 0105368
Morgan & Morgan, P.A.
14229 US 441
Tavares, FL 32778
Phone: (352) 253-2700
Direct Facsimile: (352) 253-2701
Primary email: MSmith@forthepeople.com
Secondary email: ecannon@forthepeople.com
rpadgett@forthepeople.com
Attorneys for Plaintiff

PINER, LYNETTA V. DOLGENCORP
CASE NO: 5:17-cv-34-Oc-30PRL

BILL SUMMARY

| Provider Name | Balance | Reduction | Offered | Status/Response |
|---|---|---|---|---|
| American Horizon | $71,315.67 | $63,470.67 | $7,845.00 | REJECTED; COUNTEROFFER OF $9,000.00 |
| Back to Health Chiropractic | $5,690.00 | $5,629.00 | $626.00 | ACCEPTED |
| DOC's of Ocala | $3,000.00 | $2,670.00 | $330.00 | NO RESPONSE |
| Munroe Regional Medical Center | $3,474.17 | $3,092.17 | $382.00 | NO RESPONSE |
| Kent Clinic | $1,145.00 | $1,019.00 | $126.00 | NO RESPONSE |
| Equian (Medicaid Lien) | $862.99 | $0.00 | $862.99 | Final lien amount |
| Subtotal: | $85,487.83 | | | |
| LESS REDUCTIONS: | | $75,315.84 | $10,171.99 | |
| TOTALS: | $85,487.83 | $75,315.84 | $10,171.99 | |

Total Medical bills before reductions:           $85,487.83

Total Medical bills after proposed reductions:   $10,171.99

Settlement Breakdown:
Settlement                                       $30,000.00
- Attorney's Fees                                $12,000.00
- Costs                                          $ 2,630.50

Balance of settlement to pay providers:          $15,369.50

RECAP:

Balance of settlement to pay providers:          $15,369.50

LESS: Outstanding PROPOSED offers to providers:- $10,171.99

Trust fund balance:                              $5,197.51

EXHIBIT "A"